UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

IN RE: JARED HOPPER  
AND  
BRITTNEY HOPPER  
DEBTORS

CASE NO.: 21-81770-CRJ-7

## MOTION TO RECONSIDER ORDER DISMISSING THE DEBTORS' PETITION

COMES now counsel for the debtors and moves this Honorable Court to reconsider its Order dismissing the Petition of the debtors in this case and as grounds therefore states as follows:

1. The debtors filed their petition on or about October 14, 2021.

2. Counsel was unaware of any deficiency in the filing until the receipt of the Order of dismissal.

3. Counsel spoke with the Bankruptcy Administrator upon learning of the dismissal to determine what was omitted from the petition when filed.

4. Debtors' Statement of Social Security Numbers Form 121 was completed and part of the file to be uploaded with the petition.

5. Debtor's employment records were inadvertently omitted from the filing.

6. A dismissal of this case is overly punitive when the deficiencies in the filing are able to be quickly remedied.

WHEREFORE, premises considered the undersigned moves this Honorable Court to reconsider its Order dismissing the above styled case and allowing for the filing of additional documentation to bring the debtors into compliance with Federal Rule of Bankruptcy Procedure 1007.

By: /s/ Stephen D. Parker  
Stephen D. Parker (PAR 101)  
Attorney for Debtors  
215 Main Ave. SW  
Cullman, AL 35055  
256-775-4444